UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ALLEN MACK,<br><br>                    Plaintiff,<br><br>      vs.<br><br>CITY OF SACRAMENTO; SACRAMENTO POLICE DEPARTMENT; SACRAMENTO POLICE OFFICER MICHAEL CASE (Badge No. 667); SACRAMENTO POLICE OFFICER ALEXANDER WAGSTAFF (Badge No. 922); and DOES 1-40, inclusive,<br><br>                    Defendants. | Case No.:  2:18-cv-02863-KJM-DB<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER; PROPOSED ORDER** |

COMES NOW Plaintiff Jason Allen Mack, and Defendants City of Sacramento, Michael Case, and Alexander Wagstaff, by and through their respective counsel and subject to the approval of this Court, hereby stipulate and respectfully request that this Court's Status (Pre-trial Scheduling) Order dated April 24, 2019 (ECF No. 13), be modified to reflect new deadlines and cut-off dates as follows, or as to accommodate the Court's docket:

| | Current Date | New Date |
|---|---|---|
| Fact Discovery Cut-Off: | December 13, 2020 | June 14, 2021 |
| Expert Disclosure: | February 21, 2021 | August 23, 2021 |
| Rebuttal Expert Disclosure: | March 27, 2021 | September 27, 2021 |
| Expert Discovery Cut-off: | April 26, 2021 | October 29, 2021 |

1

967272)}»

1  Dispositive Motions heard by:          May 21, 2021              November 30, 2021

2

3      WHEREAS, restrictions associated with the COVID-19 pandemic interfered with the

4  parties' ability to conduct discovery;

5      WHEREAS,  counsel for all parties have met and conferred and agree that it would be in

6  the interest of justice and judicial economy and that good cause exists for the modification of

7  the scheduling order;

8      WHEREAS, this stipulation is not being made for the purpose of delay, or any other

9  improper purpose;

10     WHEREAS, continuing the deadlines will not prejudice any party or their counsel;

11     WHEREAS, this is the parties' first request to modify the scheduling order.

12     **IT IS SO STIPULATED.**

13  DATED: October 27, 2020            SUSANA ALCALA WOOD,
                                       City Attorney
14

15

16                                     By:___/s/ ANDREA M. VELASQUEZ_____
                                       **ANDREA M. VELASQUEZ**
17                                     Senior Deputy City Attorney

18                                     Attorneys for the CITY OF SACRAMENTO

19  DATED: October 27, 2020            LAW OFFICE OF KEVIN HARRIS

20

21

22                                     By___/s/ KEVIN W. HARRIS_____
                                       **KEVIN W. HARRIS, ESQ.**
23                                     Attorney for Plaintiff, JASON ALLEN
                                       MACK
24

25

26

27

28

2

## ORDER

Having reviewed and considered the above stipulation, the scheduling order is modified to reflect the following deadlines:

|  | **Current Date** | **New Date** |
|---|---|---|
| Fact Discovery Cut-Off: | December 13, 2020 | June 14, 2021 |
| Expert Disclosure: | February 21, 2021 | August 23, 2021 |
| Rebuttal Expert Disclosure: | March 27, 2021 | September 27, 2021 |
| Expert Discovery Cut-off: | April 26, 2021 | October 29, 2021 |
| Dispositive Motions heard by: | May 21, 2021 | November 19, 2021 |

**IT IS SO ORDERED.**

DATED:  November 3, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

3

967272)}»