Kevin W. Harris SBN 133084
Attorney at Law
1387 Garden Hwy., Ste. 200
Sacramento, CA 95833
Tel.: (916) 271-0688
Fax: (855) 800-4454

Ryan P. Friedman SBN 252244
Friedman Law Firm, Inc.
1383 Garden Hwy., Ste. 200
Sacramento, CA 95833
Tel: (916) 800-4454
Fax: (855) 800-4454

Attorneys for Plaintiff
Jason Allen Mack

SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**ANDREA M. VELASQUEZ, Senior Deputy City Attorney (SBN 249210)**
Avelasquez@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808 5346
Facsimile: (916) 808-4454

Attorneys for the CITY OF SACRAMENTO, MICHAEL CASE,
ALEXANDER WAGSTAFF

## THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jason Allen Mack;** | **Case No.: 2:18-CV-02863-KJM-DB** |
| **Plaintiff,** | **STIPULATION TO MODIFY** |
| **vs.** | **SCHEDULING ORDER; ORDER** |
| **City of Sacramento; Sacramento Police Department, Sacramento Police Officer Michael Case (Badge No. 667); Sacramento Police Officer Alexander Wagstaff (Badge No. 922); and Does 1-40, inclusive.** | |
| **Defendant** | |

COMES NOW Plaintiff Jason Allen Mack, and Defendants City of Sacramento, Michael Case, and Alexander Wagstaff, by and through their respective counsel and subject to the approval of this Court, hereby stipulate and respectfully request that this Court's Status (Pretrial

Page 1

Scheduling) Order dated April 24, 2019 (ECF No. 13), be modified to reflect new deadlines and cut-off dates as follows, or as to accommodate the Court's docket:

|  | Current Date | New Date |
|---|---|---|
| Fact Discovery Cut-Off: | June 14, 2021 | December 14, 2021 |
| Expert Disclosure: | August 23, 2021 | February 11, 2022 |
| Rebuttal Expert Disclosure: | September 27, 2021 | March 14, 2022 |
| Expert Discovery Cut-off: | October 29, 2021 | April 13, 2022 |
| Dispositive Motions heard by: | November 30, 2021 | Friday, May 13, 2022 at 10:00 AM. |

WHEREAS, restrictions associated with the COVID-19 pandemic interfered with the parties' ability to conduct discovery;

WHEREAS, the parties have made an attempt to resolve this matter with a mediation before Hon. Raul Ramirez, U.S. District Court (ret.) prior to proceeding with intensive discovery and narrowing the terms of the documents to be produced in response to Plaintiff's Request for Production of Documents concerning pattern and practice evidence. The parties have agreed to leave the option available to return to mediation, once discovery has been completed;

WHEREAS. Defense Counsel Andrea M. Velasquez filed a Notice of Unavailability on March 16, 2021 indicating thsat she was unavailable for any purpose whatsoever, including but not limited to, receiving notices of any kind, responding to ex parte applications, appearing in court, hearings, motions, discovery or other deadlines, or attending depositon from March 15, 2021 to April 19, 2021.

WHEREAS, counsel for all parties have met and conferred and agree that it would be in the interest of justice and judicial economy and that good cause exists for the modification of the scheduling order;

WHEREAS, this stipulation is not being made for the purpose of delay, or any other improper purpose;

WHEREAS, continuing the deadlines will not prejudice any party or their counsel;

WHEREAS, this is the parties' second request to modify the scheduling order.

**IT IS SO STIPULATED.**

DATED: April 20, 2021     SUSANA ALCALA WOOD,
             City Attorney

         By: */s/ Andrea M. Velasquez*
            ANDREA M. VELASQUEZ
            Senior Deputy City Attorney
            Attorneys for the CITY OF SACRAMENTO

//

DATED: April 20, 2021     LAW OFFICE OF KEVIN HARRIS

         *By:* */s/ Kevin W. Harris*
            KEVIN W. HARRIS, ESQ.
            Attorney for Plaintiff, JASON ALLEN MACK

## ORDER

Having reviewed and considered the above stipulation, the scheduling order is modified to reflect the following deadlines:

| | |
|---|---|
| Fact Discovery Cut-Off: | December 14, 2021 |
| Expert Disclosure: | February 11, 2022 |
| Rebuttal Expert Disclosure: | March 14, 2022 |
| Expert Discovery Cut-off: | April 13, 2022 |
| Dispositive Motions heard by: | Friday, May 13, 2022 at 10:00 AM. |

**IT IS SO ORDERED**

Dated:  April 30, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE