Dean Gazzo Roistacher LLP
Mitchell D. Dean, Esq. (SBN 128926)
Rachel Zuckowich, Esq. (SBN 333615)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: mdean@deangazzo.com
        rzuckowich@deangazzo.com

Attorneys for the CITY OF SACRAMENTO, SACRAMENTO POLICE DEPARTMENT, MICHAEL CASE, ALEXANDER WAGSTAFF

Kevin W. Harris, SBN 133084
Attorney at Law
1387 Garden Hwy., Ste 200
Sacramento, CA 95833
Tel: (916) 271-0688
Fax: (855) 800-4454
kevinwayneharris@yahoo.com

Ryan P. Friedman, SBN 252244
Friedman Law Firm Inc.
1383 Garden Hwy, Ste 200
Sacramento, CA 95833
Tel: (916) 800-4454
Fax: (855) 800-4454
ryan@friedman-firm.com

Attorneys for JASON ALLEN MACK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON ALLEN MACK,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO; SACRAMENTO POLICE DEPARTMENT; SACRAMENTO POLICE OFFICER MICHAEL CASE (Badge No. 667); SACRAMENTO POLICE OFFICER ALEXANDER WAGSTAFF (Badge No. 922); and DOES 1-40, inclusive,<br><br>    Defendants. | Case No.: 2:18-cv-02863-KJM-DB<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER; ORDER**<br><br>Chief District Judge:<br>Kimberly J. Mueller<br>Magistrate Judge: Deborah Barnes |

COMES NOW Plaintiff Jason Allen Mack, and Defendants City of Sacramento, Sacramento Police Department, Michael Case, and Alexander Wagstaff, by and through their respective counsel and subject to the approval of this Court, hereby stipulate and respectfully request that this Court's Status (Pre-trial Scheduling) Order dated April 30, 2021 (ECF No. 20), be modified to reflect new deadlines and cut-off dates as follows, or as to accommodate the Court's docket:

|  | Current Date | New Date |
|---|---|---|
| Fact Discovery Cut-Off: | December 14, 2021 | April 14, 2022 |
| Expert Disclosure: | February 11, 2022 | June 10, 2022 |
| Rebuttal Expert Disclosure: | March 14, 2022 | July 14, 2022 |
| Expert Discovery Cut-off: | April 13, 2022 | August 12, 2022 |
| Dispositive Motions heard by: | May 13, 2022 | September 16, 2022 |

WHEREAS, restrictions associated with the COVID-19 pandemic interfered with the parties' ability to conduct discovery;

WHEREAS, Defense Counsel Mitchell D. Dean was recently substituted in as attorney of record on November 2, 2021;

WHEREAS, the parties are coordinating to schedule six additional depositions of public safety officers whose schedules are difficult to work with;

WHEREAS, the parties have made an attempt to resolve this matter with a mediation before Hon. Raul Ramirez, U.S. District Court (ret.) prior to proceeding with intensive discovery and narrowing the terms of the documents to be produced in response to Plaintiff's Request for Production of Documents concerning pattern

and practice evidence. The parties have agreed to leave the option available to return to mediation, once discovery has been completed;

WHEREAS, counsel for all parties have met and conferred and agree that it would be in the interest of justice and judicial economy and that good cause exists for the modification of the scheduling order;

WHEREAS, this stipulation is not being made for the purpose of delay, or any other improper purpose;

WHEREAS, continuing the deadlines will not prejudice any party or their counsel;

WHEREAS, this is the parties' third request to modify the scheduling order.

**IT IS SO STIPULATED.**

Dated: November 9, 2021                              Dean Gazzo Roistacher LLP

                                                     By: /s/ MITCHELL D. DEAN
                                                     **MITCHELL D. DEAN, ESQ.**
                                                     Attorney for City of Sacramento,
                                                     Sacramento Police Department,
                                                     Michael Case, Alexander Wagstaff
                                                     mdean@deangazzo.com

Dated: November 9, 2021                              Law Office of Kevin Harris

                                                     By: /s/ KEVIN W. HARRIS
                                                     **KEVIN W. HARRIS, ESQ.**
                                                     Attorney for Plaintiff, JASON
                                                     ALLEN MACK
                                                     kevinwayneharris@yahoo.com

# ORDER

Having reviewed and considered the above stipulation, the scheduling order is modified to reflect the following deadlines:

| | |
|---|---|
| Fact Discovery Cut-Off: | April 14, 2022 |
| Expert Disclosure: | June 10, 2022 |
| Rebuttal Expert Disclosure: | July 14, 2022 |
| Expert Discovery Cut-off: | August 12, 2022 |
| Dispositive Motions heard by: | September 30, 2022 |

**IT IS SO ORDERED.**

DATED:  November 29, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE