Dean Gazzo Roistacher LLP
Mitchell D. Dean, Esq. (SBN 128926)
Rachel M. Zuckowich, Esq. (SBN 333615)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail:  mdean@deangazzo.com
        rzuckowich@deangazzo.com

Attorneys for Defendants
City of Sacramento, Sacramento Police Department,
Michael Case, and Alexander Wagstaff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ALLEN MACK,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF SACRAMENTO;<br>SACRAMENTO POLICE DEPARTMENT;<br>SACRAMENTO POLICE OFFICER<br>MICHAEL CASE (Badge No. 667);<br>SACRAMENTO POLICE OFFICER<br>ALEXANDER WAGSTAFF (Badge No. 922); and DOES 1-40, inclusive,<br><br>          Defendants. | Case No.:    2:18-CV-02863-KJM-DB<br><br>**ORDER MODIFYING FACT DISCOVERY CUT-OFF IN SCHEDULING ORDER**<br><br>Chief District Judge: Kimberly J. Mueller<br>Magistrate Judge:  Deborah Barnes |

     Having reviewed and considered the associated stipulation, and good cause appearing, the scheduling order is modified to reflect the following deadline:

     Current Fact Discovery Cut-Off: April 14, 2022; and

     New Fact Discovery Cut-Off: As determined at the May 6, 2022, motion hearing.

     **IT IS SO ORDERED.**

DATED:  April 6, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE