UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ALLEN MACK, | No. 2:18-cv-2863 KJM DB |
| Plaintiff, | |
| v. | ORDER |
| CITY OF SACRAMENTO, et al., | |
| Defendants. | |

On March 30, 2022, defendants filed a motion to compel and noticed the motion for hearing before the undersigned on May 6, 2022, pursuant to Local Rule 302(c)(1).[1] (ECF No. 28.) This action concerns allegations that plaintiff was subjected to the use of excessive force by defendant Sacramento Police Department officers on March 18, 2017. (Id. at 3.) On October 3, 2017, plaintiff underwent surgery at the Veterans Affairs Medical Center ("VA"). (Id. at 4.)

Defendants sought to depose two VA medical providers, Arnoldas Kungys and Andrew Ho, in connection with that surgery. (Id. at 4.) Defendants received notice from the VA denying that request and stating, in part, that "if VA receives a valid, judge-signed order from a federal court . . . to make a VA employee available for testimony at deposition . . . absent extenuating circumstances, VA will usually comply." (ECF No. 28-8 at 4.) Defendants' motion seeks an

---

[1] The undersigned finds defendants' motion suitable for resolution without a hearing pursuant to Local Rule 203(g).

1

order compelling the deposition testimony, as well as a 30-day extension of the discovery deadline.[2] No opposition has been filed in response to defendants' motion.[3]

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' unopposed March 30, 2022, motion to compel (ECF No. 28) is granted;

2. The U.S. Department of Veterans Affairs comply with the Deposition Subpoenas for Arnoldas Kungys and Andrew Ho;

3. The deadline for fact discovery is extended 30 days from the date of this order; and

4. The May 6, 2022 hearing of defendants' motion is vacated.

Dated:  May 3, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/mack2863.mtc.ord

---

[2] The assigned District Judge has granted the undersigned the authority to grant that request. (ECF No. 31.)

[3] Plaintiff has "provided a signed Request for and Authorization to Release Health Information from the Department of Veterans Affairs to the City."  (ECF No. 28-1 at 2.)

2