1  Dean Gazzo Roistacher LLP
   Mitchell D. Dean, Esq. (SBN 128926)
2  Rachel M. Zuckowich, Esq. (SBN 333615)
   440 Stevens Avenue, Suite 100
3  Solana Beach, CA  92075
   Telephone:  (858) 380-4683
4  Facsimile:  (858) 492-0486
   E-mail:  mdean@deangazzo.com
5           rzuckowich@deangazzo.com

6  Attorneys for Defendants
   City of Sacramento, Sacramento Police Department,
7  Michael Case, and Alexander Wagstaff

8  Kevin W. Harris, SBN 133084
   Attorney at Law
9  1387 Garden Hwy., Ste 200
   Sacramento, CA 95833
10 Tel: (916) 271-0688
   Fax: (855) 800-4454
11 kevinwayneharris@yahoo.com

12 Ryan P. Friedman, SBN 252244
   Friedman Law Firm Inc.
13 1383 Garden Hwy, Ste 200
   Sacramento, CA 95833
14 Tel: (916) 800-4454
   Fax: (855) 800-4454
15 ryan@friedman-firm.com

16 Attorneys for Jason Allen Mack

17

18                **UNITED STATES DISTRICT COURT**

19                **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON ALLEN MACK, | Case No.:   2:18-CV-02863-KJM-DB |
| Plaintiff, | **ORDER MODIFYING SCHEDULING ORDER** |
| v. | |
| CITY OF SACRAMENTO; SACRAMENTO POLICE DEPARTMENT; SACRAMENTO POLICE OFFICER MICHAEL CASE (Badge No. 667); SACRAMENTO POLICE OFFICER ALEXANDER WAGSTAFF (Badge No. 922); and DOES 1-40, inclusive, | Chief District Judge: Kimberly J. Mueller Magistrate Judge:  Deborah Barnes |
| Defendants. | |

1

Having reviewed and considered the parties' Stipulation, the scheduling order is modified to reflect the following deadlines:

| | |
|---|---|
| Fact Discovery Cut-Off: | June 17, 2022 |
| Expert Disclosure: | July 11, 2022 |
| Rebuttal Expert Disclosure: | August 15, 2022 |
| Expert Discovery Cut-off: | September 12, 2022 |
| Dispositive Motions heard by: | October 21, 2022 |

**IT IS SO ORDERED.**

DATED: June 15, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE