1  Dean Gazzo Roistacher LLP
   Mitchell D. Dean, Esq. (SBN 128926)
2  Rachel M. Zuckowich, Esq. (SBN 333615)
   440 Stevens Avenue, Suite 100
3  Solana Beach, CA  92075
   Telephone:  (858) 380-4683
4  Facsimile:  (858) 492-0486
   E-mail:  mdean@deangazzo.com
5          rzuckowich@deangazzo.com

6  Attorneys for Defendants
   City of Sacramento, Sacramento Police Department,
7  Michael Case, and Alexander Wagstaff

8  Kevin W. Harris, SBN 133084
   Attorney at Law
9  1387 Garden Hwy., Ste 200
   Sacramento, CA 95833
10 Tel: (916) 271-0688
   Fax: (855) 800-4454
11 kevinwayneharris@yahoo.com

12 Ryan P. Friedman, SBN 252244
   Friedman Law Firm Inc.
13 1383 Garden Hwy, Ste 200
   Sacramento, CA 95833
14 Tel: (916) 800-4454
   Fax: (855) 800-4454
15 ryan@friedman-firm.com

16 Attorneys for Jason Allen Mack

17 **UNITED STATES DISTRICT COURT**

18 **EASTERN DISTRICT OF CALIFORNIA**

19 JASON ALLEN MACK,                          Case No.:   2:18-CV-02863-KJM-DB

20        Plaintiff,
                                              **ORDER MODIFYING SCHEDULING**
21     v.                                     **ORDER**

22 CITY OF SACRAMENTO;
   SACRAMENTO POLICE DEPARTMENT;              Chief District Judge: Kimberly J. Mueller
23 SACRAMENTO POLICE OFFICER                  Magistrate Judge:  Deborah Barnes
   MICHAEL CASE (Badge No. 667);
24 SACRAMENTO POLICE OFFICER
   ALEXANDER WAGSTAFF (Badge No.
25 922); and DOES 1-40, inclusive,

26        Defendants.

27

28 ///

1    Having reviewed and considered the associated Stipulation, the scheduling order is

2 modified to reflect the following deadlines:

3    Fact Discovery Cut-Off:          July 18, 2022

4    Expert Disclosure:               August 11, 2022

5    Rebuttal Expert Disclosure:      September 15, 2022

6    Expert Discovery Cut-off:        October 12, 2022

7    Dispositive Motions heard by:    November 18, 2022.

8    **IT IS SO ORDERED.**

9 DATED:  July 12, 2022.

10

11    _____

12    CHIEF UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Modifying Scheduling Order                    Case No. 2:18-CV-02863-KJM-DB