Dean Gazzo Roistacher LLP
Mitchell D. Dean, Esq. (SBN 128926)
Rachel M. Zuckowich, Esq. (SBN 333615)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: mdean@deangazzo.com
          rzuckowich@deangazzo.com

Attorneys for Defendants
City of Sacramento, Sacramento Police Department,
Michael Case, and Alexander Wagstaff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ALLEN MACK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SACRAMENTO; SACRAMENTO POLICE DEPARTMENT; SACRAMENTO POLICE OFFICER MICHAEL CASE (Badge No. 667); SACRAMENTO POLICE OFFICER ALEXANDER WAGSTAFF (Badge No. 922); and DOES 1-40, inclusive,<br><br>　　　　Defendants. | Case No.:　2:18-CV-02863-KJM-DB<br><br>**ORDER CONTINUING FINAL PRETRIAL CONFERENCE**<br><br>Chief District Judge: Kimberly J. Mueller<br>Magistrate Judge: Deborah Barnes |

Having reviewed and considered the associated Stipulation, and good cause appearing, the Final Pretrial Conference will be continued to <u>June 30, 2023</u>, with the filing of a joint Pretrial Statement no less than three weeks prior to the Final Pretrial Conference.

**IT IS SO ORDERED.**

DATED: March 20, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE