1 | **KEVIN W. HARRIS, S.B.#133084**
**Attorney at Law**
2 | **1387 Garden Hwy., Ste. 200**
**Sacramento, CA 95833**
3 | **Telephone: (916) 271-0688**
**Facsimile: (855) 800-4454**
4 | **Email: kevinwayneharris@yahoo.com**

5

6 | **RYAN P. FRIEDMAN , S.B.N. 252244**
**FRIEDMAN LAW FIRM, INC.**
**1383 Garden Hwy., Ste. 200**
7 | **Sacramento, CA 95833**
**Telephone: (916) 800-4454**
8 | **Facsimile: (855) 800-4454**
**Email: ryan@friedman-firm.com**

9

**Attorneys for Plaintiff**

10

11 | **UNITED STATES DISTRICT COURT**

12 | **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

13

14 | **Jason Allen Mack;**  )  **CASE NO.:   2:18-CV-02863-KJM-DB**
                        )
15 |     **Plaintiff,**  )  **PLAINTIFF JASON ALLEN MACK'S**
      **vs.**           )  **MOTION IN LIMINE NO. ONE TO**
16 |                    )  **EXCLUDE TESTIMONY CONCERNING**
**City of Sacramento; Sacramento Police**  )  **CONVICTIONS FOR ACTS NOT**
17 | **Department, Sacramento Police Officer**  )  **CONCERNING THE INCIDENT AND**
**Michael Case (Badge No. 667);**  )  **THE INTRODUCTION OF ANY OF**
18 | **Sacramento Police Officer Alexander**  )  **THOSE OTHER ARRESTS,**
**Wagstaff (Badge No. 922); and Does 1-40,**  )  **CONVICTIONS, AND WITNESSES IN**
19 | **inclusive.**  )  **THIS MATTER AND POINTS AND**
      )  **AUTHORITIES**
20 |     **Defendant.**  )
_____  )

21

22 | **NOTICE OF MOTION**

23 |     COMES NOW PLAINTIFF JASON MACK pursuant to the Court's Pretrial Order to

24 | present motions in limine and pursuant to Federal Rules of Evidence 401, 403,  and moves the

25 | Court for a Motion in Limine directing Defendants that they cannot present any evidence

26 | concerning any criminal conviction and acts involving contact with law enforcement not related

27 | to the incident which gave rise to the instant case as being prejudicial and not likely to lead to

28 | admissible evidence pursuant to Federal Rules of Evidence 404 and 609 and *United States v.*

1  *Osazuna*, 564 F.3d. 1169, 1175 (9ᵗʰ Cir. 2009) and *Ochoa v. County of Kern, et al.*, __F.Supp.__,

2  2022 WL 4280157 (2022)

3  DATED: June 9, 2023                          Respectfully submitted,

4

5                                               Kevin W. Harris
                                                Attorney at Law

6  **MEMORANDUM OF POINTS AND AUTHORITIES**

7      In the instant matter, the District Attorney initially filed charges under Penal Code §138,

8  but when they became aware of the vicious beatings done by Defendants the D.A. dismissed the

9  allegations made by Officers Wagstaff and Case and refused to prosecute Jason Mack for the

10  beating he received from them.

11      Here Plaintiff seeks to exclude Defendants from presenting evidence of the following

12  Convictions for Criminal Acts of which he was convicted concerning subsequent incidents that

13  did not involve any of the Law Enforcement Officers which were involved in the instant case.  In

14  particular these are the following convictions: 1) Penal Code §69 conviction for an incident in

15  the Sacramento County Jail occurring on August 23, 2017 which was expunged (a copy of which

16  is attached hereto as "Exhibit 1"; 2) A conviction for an drunk driving incident occurring on

17  August 8, 2022, involving enforcement by the CHP and an off duty Stockton Police Officer; and

18  3) any criminal convictions over 10 years old (defendants expert indicates plaintiff had a 2003

19  DUI conviction)**,** and any other misdemeanors (Defendant's expert claims that plaintiff

20  mentioned a 2016 DUI).

21      Additionally, they seek to introduce testimony of other Law Enforcement Officers who

22  were not involved in the incident at issue in this case, but rather were involved in the

23  aforementioned incidents and other incidents.  In particular they are trying to present the

24  following individuals:  1) Jarrod Michael Hopeck, Deputy involved in encounter with plaintiff on

25  6/23/17; 2) Jeffrey Allen Wilson, Deputy involved in encounter with plaintiff on 6/23/17 and 3)

26  Jonathan Charles Guibord, Deputy involved in encounter with plaintiff on 6/23/17.  Defendants

also indicate that they want as an exhibit, Plaintiff's Placer County Inmate Information.

These witnesses and Place County Inmate Information exhibit and any such documentation concerning this unrelated event should be exclude as improper evidence of propensity to engage in criminal acts.

## I.   THE AFOREMENTIONED ACTIONS ARE IMPROPER EVIDENCE OF PROPENSITY TO ENGAGE IN CRIMINAL ACTS

Plaintiff contends that the admission of the evidence of his criminal history and other "bad acts" would serve the purpose expressly prohibited by Federal Rule of Evidence 404, because it would tend to indicate that Plaintiff had a criminal character and acted in conformity with that criminal character at the time of the incident on March 18, 2018

As this Court in *Ochoa v. County of Kern, et al.*, __F.Supp.__, 2022 WL 4280157 (2022) pointed out:

Federal Rules of Evidence 404(a) provides "[e]vidence of a person's character or character trait is not admissible to prove that on a particular occasion the person acted in accordance with the character or trait." <u>Fed. R. Evid. 404(a)</u>. More specifically, Rule 404(b) provides that "[e]vidence of a crime, wrong, or other act is not admissible to prove a person's character in order to show that on a particular occasion the person acted in accordance with the character." Fed. R. Evid. 404(b). Rule 404(b) provides, however, that prior acts evidence "may be admissible for another purpose, such as proving motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, or lack of accident." Fed. R. Evid. 404(b).

Further, none of the acts taken by Plaintiff resulted in a felony conviction and as such none of them would be allowed under Federal Rule 609. (See *Ochoa, supra* at p. 10, citing *United States v. Osazuna*, 564 F.3d 1169, 1175 (9th Cir. 2009).

DATED:  June 9, 2023

Respectfully submitted,

Kevin W. Harris
Attorney at Law

EXHIBIT 1

# Superior Court of California
# County of Sacramento

720 Ninth Street
Sacramento CA 95814

This letter is confirmation that the annexed instrument (inclusive) is a
Correct copy of the original on file in the Sacramento Superior Court file.

Sacramento Superior Court in and for the County of Sacramento, State of
California.

CASE NAME ____ **MACK, JASON A.** _____

CASE NUMBER ____ **17FE011879** _____

ATTEST CERTIFIED DATE ____ **03/03/2022** _____

BY _____ JOSEPH FLORES _____ DEPUTY CLERK

TOTAL NUMBER OF PAGES ____ 2 ____

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SACRAMENTO

DEPARTMENT: 8
XREF: 3182568
CII: A25219348          SSN: XXX-XX-6512          DISMISSAL ORDER
FBI: 563042DC0          OLN: B6592331             PURSUANT TO 1203.4 PC
SPD: S000421407         DOB: 6/30/1979
SSO: 0000600200         PROB: A00507503

THE PEOPLE OF THE STATE OF        ) COURT MET PURSUANT TO LAW
CALIFORNIA                        ) HONORABLE LAWRENCE G. BROWN,
                                  ) JUDGE OF THE SUPERIOR COURT, PRESIDING
COURT NO: 17FE011879              )
                                  ) This Order does not relieve the subject of the
                                  ) obligation to disclose the conviction in
                                  ) response to any direct question contained in
            vs.                   ) any questionnaire or application for public
                                  ) office or for licensure by State or local
                                  ) agency, for contracting with the California
JASON ALLEN MACK                  ) State Lottery.
                                  )
DEFENDANT

                                  . Dismissal pursuant to this Section does not
                                    permit a person to own, possess or have
                                    custody or control of any firearm, or prevent
                                    conviction under Section 29800 of the Penal
                                    Code.

ON JANUARY 4, 2018, JASON ALLEN MACK WAS GRANTED 5 YEARS PROBATION UPON
CONVICTION OF VIOLATION OF SECTION 69 OF THE PENAL CODE.


GOOD CAUSE APPEARING AND THE COURT BEING FULLY ADVISED, IT IS NOW ORDERED THAT A
PLEA OF NOT GUILTY BE ENTERED HEREIN/THE VERDICT OF GUILTY BE SET ASIDE AND THAT
THE ACCUSATORY PLEADING IN THIS CAUSE BE, AND SAME IS HEREBY DISMISSED PURSUANT TO
SECTION 1203.4 OF THE PENAL CODE.

DATED: 2/18/22

ATTEST: _____

BY: _____                    _____
    DEPUTY CLERK                               JUDGE OF THE SUPERIOR COURT

                                                    LAWRENCE G. BROWN

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SACRAMENTO

DEPARTMENT: 8                          ORDER FOR REDUCTION OF OFFENSE
TO MISDEMEANOR (SECTION 17 PC)

KREF: 3182568
CII: A25219348     SSN: XXX-XX-6512
FBI: 563042DC0     OLN: B6592331
SPD: S000421407    DOB: 6/30/1979
SSO: 0000600200    PROB: A00507503

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA | ) COURT MET PURSUANT TO LAW<br>) HONORABLE LAWRENCE G. BROWN,<br>) JUDGE OF THE SUPERIOR COURT,<br>) PRESIDING |
| COURT NO: 17FE011879 | )<br>) |
| vs. | )<br>) |
| JASON ALLEN MACK | ) |
| DEFENDANT | |

ON JANUARY 4, 2018, JASON ALLEN MACK WAS GRANTED 5 YEARS PROBATION UPON CONVICTION OF VIOLATION OF SECTION 69 OF THE PENAL CODE.

The Court being fully advised, **IT IS ORDERED** that this offense be declared a misdemeanor under Section 17 of the California Penal Code.

**IT IS FURTHER ORDERED** that the Order of Probation remain in full force and effect as to all other conditions.

DATED: 2/18/22

ATTEST: _____

BY: _____
DEPUTY CLERK

_____
JUDGE OF THE SUPERIOR COURT
LAWRENCE G. BROWN

**PROOF OF SERVICE**

       I am employed in the City and County of Sacramento, State of California.  I am over the age of 18 and not a party to the within action. My business address is 1383 Garden Hwy., Suite 200, Sacramento, CA 95833

       On June 9, 2023,  I served the foregoing Documents(s) described as:

**PLAINTIFF JASON ALLEN MACK'S  MOTION IN LIMINE NO. ONE TO EXCLUDE TESTIMONY CONCERNING CONVICTIONS FOR ACTS NOT CONCERNING THE INCIDENT AND THE INTRODUCTION OF ANY OF THOSE OTHER ARRESTS, CONVICTIONS, AND WITNESSES IN THIS MATTER AND POINTS AND AUTHORITIES**

on the interested parties, by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

Dean Gazzo Roistacher LLP
Mitchell D. Dean, Esq. (SBN 128926)
Rachel Zuckowich, Esq. (SBN 333615)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail:     mdean@deangazzo.com
            rzuckowich@deangazzo.com
            fcaraccioli@deangazzo.com

Andrea Velasquez    (Courtesy Copy)
Senior Deputy City Attorney
915 I Street, Room 4010
Sacramento, CA. 95814
E-Mail: avelasques@cityofsacramento.org

    **X**    **VIA ELECTRONIC MAIL:**
      My electronic service address is ak@friedman-firm.com   and I electronically served the above mentioned documents on the defense counsel listed above on behalf of all Defendants pursuant to our Clients agreement with all defendants to  accept electronic service to their attorneys emails stated above.

       I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

       Executed on June 9, 2023 at Sacramento, California.

Anastasiya Karpach
Declarant

Page 4