Dean Gazzo Roistacher LLP
Mitchell D. Dean, Esq. (SBN 128926)
Rachel M. Zuckowich, Esq. (SBN 333615)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail:  mdean@deangazzo.com
          rzuckowich@deangazzo.com

Attorneys for Defendants
City of Sacramento, Sacramento Police Department,
Michael Case, and Alexander Wagstaff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ALLEN MACK,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SACRAMENTO; SACRAMENTO POLICE DEPARTMENT; SACRAMENTO POLICE OFFICER MICHAEL CASE (Badge No. 667); SACRAMENTO POLICE OFFICER ALEXANDER WAGSTAFF (Badge No. 922); and DOES 1-40, inclusive,<br><br>Defendants. | Case No.:   2:18-CV-02863-KJM-DB<br><br>**ORDER RE MOTIONS IN LIMINE HEARING**<br><br>Chief District Judge: Kimberly J. Mueller<br>Magistrate Judge:  Deborah Barnes |

Because plaintiff requested the court resolve defendants' second motion in limine before the first day of trial, the court directed the parties to meet and confer and propose a date for hearing arguments on that motion. *See* Final Pretrial Order at 16, ECF No. 54.  Having reviewed and considered the associated Stipulation, the Court will hear defendants' second motion in limine  on January 26, 2024 at 10:00 a.m.  Because the parties do not provide any explanation as to why the other motions in limine should be heard earlier, all other motions in limine will be heard on the first day of trial.

///

///

///

**IT IS SO ORDERED.**

DATED: November 2, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE